IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:20-cv-943 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LOUIS H. HENDERSON, ) | |
| 749 Quebec Place, NW ) | |
| Washington, D.C. 20010, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## COMPLAINT

The United States of America brings this action at the request and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States to collect the assessments made against Louis H. Henderson for unpaid trust fund recovery penalties. In support of this action, the United States alleges as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this civil action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. §§ 7402(a) and 7403.

2. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391 and 1396 because Mr. Henderson is a resident of Washington, D.C.

### Parties

3. The plaintiff is the United States of America.

4. The defendant, Louis H. Henderson, resides in Washington, D.C., within this judicial district.

**COUNT I**

REDUCE TO JUDGMENT FEDERAL TRUST FUND RECOVERY PENALTIES

5. The United States incorporates paragraphs 1 through 4 of this complaint as if fully set forth herein.

6. Defendant Louis H. Henderson owned, operated and controlled National Association of Former Foster Care Children of America, Inc. ("the Company") during all times relevant to this suit.

7. While Mr. Henderson controlled the Company, it failed to pay its federal employment taxes for certain taxable quarters which ended between September 30, 2003 and June 30, 2009.

8. During the taxable periods in the preceding paragraph, Mr. Henderson was a person responsible for collecting, truthfully accounting for, and paying over to the United States the federal employment taxes withheld from the wages of employees of the Company.

9. Mr. Henderson had the authority to decide which creditors the Company would pay and when they would be paid.

10. Mr. Henderson had the authority within the Company to determine the Company's financial policies.

11. During the taxable periods set forth in paragraph 13, below, Mr. Henderson willfully failed to collect, truthfully account for, or pay over to the United States the federal taxes withheld from the wages of employees of the Company in violation of 26 U.S.C. § 6672(a).

12. Notices that Mr. Henderson would be subject to assessment of the trust fund tax penalties were sent to him in accordance with 26 U.S.C. § 6672(b) prior to any demand for payment.

13.     A delegate of the Secretary of the Treasury made the following assessments of federal trust fund recovery penalties against Mr. Henderson:

| Tax Type | Tax Period Ending | Date of Assessment | Amount of Assessment | Outstanding Balance[1] (as of August 19, 2019) |
|---|---|---|---|---|
| 26 U.S.C. § 6672 | 09/30/2003 | 04/15/2010 | $71,338.10 | $3,963.08 |
| 26 U.S.C. § 6672 | 12/31/2003 | 04/15/2010 | $98,655.00 | $139,319.22 |
| 26 U.S.C. § 6672 | 03/31/2004 | 04/15/2010 | $90,171.98 | $127,339.66 |
| 26 U.S.C. § 6672 | 06/30/2005 | 04/15/2010 | $73,159.41 | $103,314.73 |
| 26 U.S.C. § 6672 | 09/30/2005 | 04/15/2010 | $82,341.19 | $116,281.13 |
| 26 U.S.C. § 6672 | 03/31/2006 | 04/15/2010 | $67,099.22 | $94,756.60 |
| 26 U.S.C. § 6672 | 09/30/2006 | 04/15/2010 | $65,214.52 | $92,095.05 |
| 26 U.S.C. § 6672 | 12/31/2006 | 04/15/2010 | $63,756.00 | $90,035.37 |
| 26 U.S.C. § 6672 | 03/31/2007 | 04/15/2010 | $63,059.86 | $89,052.27 |
| 26 U.S.C. § 6672 | 06/30/2007 | 04/15/2010 | $52,752.64 | $74,496.56 |
| 26 U.S.C. § 6672 | 09/30/2007 | 04/15/2010 | $58,238.77 | $82,243.97 |
| 26 U.S.C. § 6672 | 12/31/2007 | 04/15/2010 | $16,612.22 | $23,459.58 |
| 26 U.S.C. § 6672 | 03/31/2008 | 04/15/2010 | $9,531.50 | $13,460.24 |
| 26 U.S.C. § 6672 | 06/30/2008 | 04/15/2010 | $10,594.50 | $14,961.42 |
| 26 U.S.C. § 6672 | 09/30/2008 | 04/15/2010 | $4,316.00 | $6,095.01 |
| 26 U.S.C. § 6672 | 03/31/2009 | 04/15/2010 | $3,874.52 | $5,471.55 |
| 26 U.S.C. § 6672 | 06/30/2009 | 04/15/2010 | $4,161.80 | $5,877.24 |
| **Total** | | | | **$1,082,222.68** |

14.     Notices of the trust fund tax penalty assessments described in Paragraph 13, along with demands for payment of the assessments, were sent to Mr. Henderson.

15.     Despite notice and demand for payment of the assessments described in Paragraph 13, Mr. Henderson has failed or refused to pay the full amount due and owing.

16.     Statutory additions to tax have accrued and will continue to accrue on the unpaid balance of the assessments described in Paragraph 13 until the balance is paid in full.

17.     On account of the assessments described in Paragraph 13, Mr. Henderson is indebted to the United States for federal trust fund recovery penalties in the amount of

---

[1]Includes statutory interest that has accrued, and which continues to accrue, on the remaining unpaid taxes.

$1,082,222.68 as of August 19, 2019, plus statutory additions that will continue to accrue thereafter according to the law until paid.

WHEREFORE, the Plaintiff, the United States of America, respectfully prays as follows:

A.     That the Court enter judgment in favor of the United States and against Defendant Louis H. Henderson for federal trust fund recovery penalty taxes in the amount of $1,082,222.68 as of August 19, 2019, plus statutory additions that will continue to accrue thereafter according to the law until paid; and

B.     That the Court award such other and further relief, including the costs of this action, as may be deemed just and proper under the circumstances.

DATED: April 9, 2020

                                                RICHARD E. ZUCKERMAN
                                                Principal Deputy Attorney General
                                                Tax Division

                                                /s/Ann E. Nash
                                                ANN E. NASH
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 227
                                                Washington, D.C.  20044
                                                Tel:  202-307-6489
                                                Fax:  202-514-6866
                                                Ann.E.Nash@tax.usdoj.gov

                                                *Counsel for the United States*

OF COUNSEL:
Timothy J. Shea
United States Attorney
District of District of Columbia

# CIVIL COVER SHEET

JS-44 (Rev. 6/17 DC)

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place an X in one category, A-N, that best represents your Cause of Action and <u>one</u> in a corresponding Nature of Suit)**

### ○ A. *Antitrust*
- 410 Antitrust

### ○ B. *Personal Injury/ Malpractice*
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Medical Malpractice
- 365 Product Liability
- 367 Health Care/Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Product Liability

### ○ C. *Administrative Agency Review*
- 151 Medicare Act

**Social Security**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**Other Statutes**
- 891 Agricultural Acts
- 893 Environmental Matters
- 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. *General Civil (Other)* OR ○ F. *Pro Se General Civil*

**Real Property**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent, Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**Personal Property**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**Bankruptcy**
- 422 Appeal 27 USC 158
- 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Conditions
- 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- 820 Copyrights
- 830 Patent
- 835 Patent – Abbreviated New Drug Application
- 840 Trademark

**Federal Tax Suits**
- 870 Taxes (US plaintiff or defendant)
- 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**Other Statutes**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 430 Banks & Banking
- 450 Commerce/ICC Rates/etc.
- 460 Deportation

- 462 Naturalization Application
- 465 Other Immigration Actions
- 470 Racketeer Influenced & Corrupt Organization
- 480 Consumer Credit
- 490 Cable/Satellite TV
- 850 Securities/Commodities/ Exchange
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes
- 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| | | | |
|---|---|---|---|
| ○ **G.** *Habeas Corpus/ 2255*<br><br>**530** Habeas Corpus – General<br>**510** Motion/Vacate Sentence<br>**463** Habeas Corpus – Alien Detainee | ○ **H.** *Employment Discrimination*<br><br>**442** Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ **I.** *FOIA/Privacy Act*<br><br>**895** Freedom of Information Act<br>**890** Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ○ **J.** *Student Loan*<br><br>**152** Recovery of Defaulted Student Loan (excluding veterans) |
| ○ **K.** *Labor/ERISA (non-employment)*<br><br>**710** Fair Labor Standards Act<br>**720** Labor/Mgmt. Relations<br>**740** Labor Railway Act<br>**751** Family and Medical Leave Act<br>**790** Other Labor Litigation<br>**791** Empl. Ret. Inc. Security Act | ○ **L.** *Other Civil Rights (non-employment)*<br><br>**441** Voting (if not Voting Rights Act)<br>**443** Housing/Accommodations<br>**440** Other Civil Rights<br>**445** Americans w/Disabilities – Employment<br>**446** Americans w/Disabilities – Other<br>**448** Education | ○ **M.** *Contract*<br><br>**110** Insurance<br>**120** Marine<br>**130** Miller Act<br>**140** Negotiable Instrument<br>**150** Recovery of Overpayment & Enforcement of Judgment<br>**153** Recovery of Overpayment of Veteran's Benefits<br>**160** Stockholder's Suits<br>**190** Other Contracts<br>**195** Contract Product Liability<br>**196** Franchise | ○ **N.** *Three-Judge Court*<br><br>**441** Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi-district Litigation ○ 7 Appeal to District Judge from Mag. Judge ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 | **DEMAND $**<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>**YES**    **NO** |
|---|---|---|---|
| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | **YES    NO** | If yes, please complete related case form |
| **DATE:** _____ | **SIGNATURE OF ATTORNEY OF RECORD** _____ | | |

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

 **I.** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

 **III.** CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

 **IV.** CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

 **VI.** CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

 **VIII.** RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____        _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: