AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00943-BAH |
| Louis H. Henderson | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Louis H. Henderson, Defendant   .

Date: 1/11/2021

/s/ Kandyce Korotky
*Attorney's signature*

Kandyce L. Korotky, D.C. Bar No. 1035436
*Printed name and bar number*

One City Center
850 Tenth Street NW
Washington, D.C. 20001-4956
*Address*

kkorotky@cov.com
*E-mail address*

(202) 662-5908
*Telephone number*

(202) 778-5908
*FAX number*