# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-00943-BAH |
| Louis H. Henderson | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Louis H. Henderson, Defendant

Date: 1/11/2021

*Attorney's signature*

Sean M. Akins, D.C. Bar No. 983671
*Printed name and bar number*

One City Center
850 Tenth Street NW
Washington, D.C. 20001-4956
*Address*

sakins@cov.com
*E-mail address*

(202) 662-5062
*Telephone number*

(202) 778-5062
*FAX number*