IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:20-cv-00943-FYP |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LOUIS H. HENDERSON, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff United States of America and Defendant Louis H. Henderson hereby move to extend the deadline to conduct discovery until December 17, 2021 and to modify the briefing schedule for cross-motions for summary judgment.

1. On September 27, 2021, the Court issued a Minute Order providing that the deadline to conduct fact discovery is October 20, 2021. *See* Unnumbered docket entry dated September 28, 2021.

2. Since the issuance of the Minute Order, the undersigned parties have continued to conduct discovery in good faith. Although the parties have diligently engaged in discovery, additional time is necessary to complete discovery. On April 27, 2021, counsel for Mr. Henderson issued a subpoena to the District of Columbia's Child and Family Services Agency and on September 1, 2021, counsel for the United States issued a subpoena to the District of Columbia's Child and Family Services Agency. Counsel for the United States has been in contact with counsel for Child and Family Services Agency since September 14, 2021 regarding the subpoena and has been informed by counsel for Child and Family Services Agency that additional time is needed to obtain documents from their archives and prepare for the deposition.

1

3. In particular, on October 12, 2021, counsel for the United States had a conversation with Jessica Krupke of the Office of the Attorney General for the District of Columbia, who is representing Child and Family Services Agency in responding to the United States' subpoena. Ms. Krupke indicated that Child and Family Services Agency has located paper records that may be responsive to the parties' subpoenas and is in the process of obtaining email archives that may be responsive to the parties' subpoenas and determining whether additional records exist that may be responsive to the parties' subpoenas. In addition, Ms. Krupke has been working to identify the individuals who currently or formerly worked at Child and Family Services Agency who have knowledge responsive to the deposition topics identified in the United States' subpoena. The requested extension of time would provide the time necessary for Child and Family Services Agency to obtain the emails from their archives, determine whether additional documents responsive to the parties' subpoenas exist, and to interview the relevant individuals who currently or formally worked at Child and Family Services Agency in preparation for the deposition.

4. In light of these developments, undersigned counsel have conferred and agreed to seek an extension of time to conduct discovery until December 17, 2021 and to seek to modify the briefing schedule for cross-motions for summary judgment.

Therefore, the undersigned parties move for an extension of time until December 17, 2021 to conduct discovery, until February 28, 2022 for the United States to file its motion for summary judgment, until April 11, 2022 for Defendant Louis Henderson to file his combined opposition to the United States' motion for summary judgment and any cross-motion for summary judgment, until May 16, 2022 for the United States to file its combined reply in support of its motion for summary judgment and opposition to Defendant's motion for summary

judgment, and until June 13, 2022 for Defendant to file his reply in support of his motion for summary judgment. A proposed order is attached.

Dated: October 15, 2021

                                         Respectfully submitted,

                                         <u>/s/ Kristina M. Portner</u>
                                         KRISTINA M. PORTNER
                                         ANN E. NASH
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice
                                         P.O. Box 227, Ben Franklin Station
                                         Washington, D.C. 20044
                                         Tel: (202) 307-6489
                                         Fax: (202) 514-6866
                                         Kristina.M.Portner@usdoj.gov
                                         Ann.E.Nash@usdoj.gov

                                         *Counsel for United States of America*

                                         <u>/s/ Sean M. Akins</u>
                                         SEAN M. AKINS
                                         KANDYCE KOROTKY
                                         Covington & Burling
                                         One City Center
                                         850 Tenth St., NW
                                         Washington, D.C. 20001-4956
                                         Tel: (202) 662-5062
                                         Fax: (202) 778-5062
                                         sakins@cov.com
                                         kkorotky@cov.com

                                         *Counsel for Defendant Louis H. Henderson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/ Kristina M. Portner
Kristina M. Portner
Trial Attorney, Tax Division
U.S. Department of Justice

Case 1:20-cv-00943-FYP   Document 16   Filed 10/15/21   Page 4 of 4