IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOUIS H. HENDERSON, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:20-cv-00943-FYP |

**STATEMENT NOTING THE DEATH OF LOUIS HENDERSON**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the United States notes the death of Louis Henderson, which according to the Certification of Death provided to the United States by Counsel who represented Mr. Henderson in this case occurred on October 30, 2021.

Dated: December 10, 2021

                                                                          Respectfully submitted,

                                                                          <u>/s/ Kristina M. Portner</u> <br>
                                                                           KRISTINA M. PORTNER <br>
                                                                           ANN E. NASH <br>
                                                                           Trial Attorney, Tax Division <br>
                                                                           U.S. Department of Justice <br>
                                                                           P.O. Box 227, Ben Franklin Station <br>
                                                                           Washington, D.C. 20044 <br>
                                                                           Tel: (202) 307-6489 <br>
                                                                           Fax: (202) 514-6866 <br>
                                                                           Kristina.M.Portner@usdoj.gov <br>
                                                                           Ann.E.Nash@usdoj.gov

                                                                           *Counsel for United States of America*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 10, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  In addition, I hereby certify that the foregoing document will be sent by first-class mail to:

  Patricia Saunders
  1224 Buchanan Street, NE
  Washington, DC 20017

  The United States contends that, under the circumstances, no other or further notice is required.

                /s/ Kristina M. Portner
                Kristina M. Portner
                Trial Attorney, Tax Division
                U.S. Department of Justice